# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rashon Baskerville                               Cr.: 98-00142-001

Name of Sentencing Judicial Officer: Honorable William H. Walls Senior U.S. District Judge

Date of Original Sentence: 08/30/01

Original Offense: Conspiracy to Defraud U.S.-Bank Fraud

Original Sentence: 36 months imprisonment, followed by 3 years supervised release; restitution $251,130.85

Type of Supervision: Supervised Release                  Date Supervision Commenced: 03/15/04

Assistant U.S. Attorney: Nicolas Aker                    Defense Attorney: Miles Feinstein, Esq.

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On September 23, 2006, the Newark Police Department arrested Baskerville and charged him with possession of bad checks totaling $24,797, (N.J.S.A. 2C: 21-5A). The charges have been referred to the Essex County Superior Court Grand Jury. |
| 2 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On August 13, 2006, the offender was issued a summons by Atlantic City Police Department for offensive language/disorderly conduct (N.J.S.A. 2C:33-2B). On August 25, 2006, the offender entered a guilty plea and was fined $158. |

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You will notify the Probation Officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | The offender failed to notify the probation officer, within 72 hours, of being issued a summons on August 13, 2006, by Atlantic City Police Department. |
| 4 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | On March 17, 2005, the offender admitted associating with Ronald Jones(codefendant in state charges) and was not granted permission to do so by the probation officer. On written monthly supervision reports; however, he indicated he had no association with any criminal felons. |
| 6 | The offender has violated the supervision condition which states '**As a condition of supervision, you are instructed to pay restitution in the amount of $251,130.85, $100 per month to the First USA Bank, First Union, Bank of America, Chase Bankcard, and PNC Bank.**' |
| | The offender did not submit restitution payments for the months of June to September 2006. As of November 6, 2006, there is an outstanding balance of $249,015.85 |

I declare under penalty of perjury that the foregoing is true and correct.

By: Elisa Martinez
U.S. Probation Officer
Date: 12/06/06

THE COURT ORDERS:

[ ] The Issuance of a Summons. Date of Hearing:_____
[X] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

21 December 2006
Date

TOTAL P.04